UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ANTHONY F. COPPOLA,         ) | |
|         Plaintiff,         ) | Case No. 2:07-cv-00664-RCJ-RJJ |
| vs.         ) | |
|                  ) | <u>ORDER OF DISMISSAL WITHOUT</u> |
| JED BARON, , et al.,         ) | <u>PREJUDICE PURSUANT TO</u> |
|         Defendants.         ) | <u>LOCAL RULE 41-1</u> |

Parties having failed to show good cause why this action should not be dismissed without prejudice for want of prosecution pursuant to Local Rule 41-1,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice.

DATED: This 19th day of October, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE